THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM VANDERWYDE, Appellant.

Argued November 19, 1952; decided January 15, 1953.

*Rudolph Stand, Nelson Kantor* and *Thomas B. Galligan* for appellant.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* and *Paul A. Stone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.